1  Lawrence D. Rohlfing
   Attorney at Law: 119433
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491                    JS-6
4  E-mail: rohlfing_office@speakeasy.net

5  Attorneys for Plaintiff
   Sheila D. Hersh
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11  SHEILA D. HERSH,              ) Case No.: CV 10-05568 DTB
                                   )
12                                 ) /~~PROPOSED~~/ ORDER OF
            Plaintiff,             ) DISMISSAL
13                                 )
        vs.                        )
14  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security,)
15                                 )
            Defendant.             )
16  _____)

17

18      The above captioned matter is dismissed with prejudice, each party to bear

19  its own fees, costs, and expenses.

20      IT IS SO ORDERED.

21
    DATE: April 22, 2011
22                                  _____
                                    THE HONORABLE DAVID T. BRISTOW
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ *Lawrence D. Rohlfing*

4 | BY:_____
Lawrence D. Rohlfing
5 | Attorney for plaintiff Sheila D. Hersh